AUGUST W. RABE v. JOHN T. McGEE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MAY S. PELZER, as Administratrix, etc., v. RAYMOND A. PERRY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

MITSUI & COMPANY, LTD., Impleaded with JAMES W. WALKER and Others, as Trustees, etc., Appellants, v. STANDARD AIRCRAFT CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs. and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOHN A. LONG, as a Director of WELLS & NEWTON COMPANY, INC., Appellant, v. FRANK J. FEE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

YOUMANS, INC., a Corporation of the State of New York, Appellant, v. EPHRAIM M. YOUMANS, INC., a Corporation of the State of New York, and Another, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Arbitration between ORION TEXTILE COMPANY, INC., Appellant, and T. J. MITCHELL & COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRANK THOMPSON BROUGH, Respondent, v. WILLIAM WELLINGTON OWEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOSEPH SCHNEIDER and Another, Appellants, v. BESSIE MINKOFF, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HENRY HOMES and Another, as Copartners, etc., Plaintiffs, v. LOUIS MANN and Another, Appellants, Impleaded with JULIAN GOLDMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BECKIE LESKY, Respondent, v. ABRAHAM J. ROSENBERG, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

NEDERLANDSCHE PETROLEUM EN ASPHALT MAATSCHAPPIJ, Respondent, v. INTEROCEAN OIL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ANTHONY BASSLER, Respondent, v. ALASKA PACIFIC COAL COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MAY S. PELZER, as Administratrix, etc., of BERNARD S. PELZER, Deceased, Respondent, v. RAYMOND A. PERRY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ. ·

MAY S. PELZER, as Administratrix, etc., of BERNARD ·S. PELZER, Deceased,